AARON D. FORD
Attorney General
CAMERON P. VANDENBERG
Chief Deputy Attorney General
NV Bar No. 4356
Personnel Division
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
Telephone: (775) 687-2100
Facsimile: (775) 688-1822
cvandenberg@ag.nv.gov

Attorneys for Defendants Supreme Court State of Nevada
and State of Nevada

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TANIA VAN ZANT a.k.a. TANIA FIGUEROA,<br><br>    Plaintiffs,<br><br>vs.<br><br>SUPREME COURT STATE OF NEVADA; and STATE OF NEVADA; and DOES 1-5,<br><br>    Defendants. | Case No. 3:22-cv-00534-LRH-CSD<br><br>**STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br>**(First Request)** |

Plaintiff, by and through counsel Ronald J. Dreher and Defendants, by and through counsel, Chief Deputy Attorney General Cameron P. Vandenberg, hereby respectfully submit this Stipulation and Order to extend the deadline for Defendants to respond to Plaintiff's Complaint filed December 4, 2022. Defendants shall have until January 4, 2023 to file their response.

DATED this 27th day of December, 2022.

                AARON D. FORD
                Attorney General

                By: */s/ Cameron P. Vandenberg*
                         CAMERON P. VANDENBERG
                         Chief Deputy Attorney General

DATED this 27th day of December, 2022.

               */s/ Ronald J. Dreher*
               RONALD J. DREHER, ESQ.

IT IS SO ORDERED.

DATED this  28th  day of  December , 2022 .

_____
UNITED STATES MAGISTRATE JUDGE