## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TANIA VAN ZANT a.k.a.<br>TANIA FIGUEROA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SUPREME COURT STATE OF<br>NEVADA; and STATE OF NEVADA;<br>and DOES 1-5,<br><br>　　　　　　Defendants. | Case No. 3:22-cv-00534-LRH-CSD<br><br>**<u>ORDER GRANTING<br>STIPULATION FOR DISMISSAL</u>**<br><br>**F.R. Civ. P. Rule 41(a)(l) and (2)** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff TANIA VAN ZANT, and Defendants SUPREME COURT STATE OF NEVADA and STATE OF NEVADA (the "Parties"), through their respective attorneys of record, that the Parties have agreed to resolve the case between them by way of settlement.

　　　The Parties further stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(l) and (2), that this Court may enter a dismissal of Plaintiff's Complaint in United States District Court Case No. 3:22-cv-00534-LRH-CSD with prejudice as to Defendants SUPREME COURT STATE OF NEVADA and STATE OF NEVADA The Parties further stipulate that each party

. . .

shall bear its own costs and fees with respect to any claims they may have against each other in the instant action.

IT IS SO STIPULATED.

DATED this 24th day of April, 2023.

By: /s/ Ronald J. Dreher_____
Ronald J. Dreher
NV Bar No. 15726
P.O. Box 6494
Reno, NV 89513
Telephone: (775) 846-9804
*Attorney for Plaintiff*

AARON D. FORD
Attorney General
By: */s/ Cameron P. Vandenberg*
CAMERON P. VANDENBERG
Chief Deputy Attorney General
*Attorneys for Defendant State of Nevada, ex rel Supreme Court of Nevada*

### ORDER

IT IS HEREBY ORDERED that pursuant to the Stipulation for Dismissal, Plaintiff's Complaint in United States District Court Case No. 3:22-cv-00534-LRH-CSD is hereby dismissed with prejudice as to Defendants SUPREME COURT STATE OF NEVADA and STATE OF NEVADA. Each Party shall bear their own costs and fees, except as otherwise set forth in the Settlement Agreement, which is incorporated herein by reference.

IT IS ORDERED that Defendant's Motion to Dismiss (ECF No. 10) is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Clerk of the Court shall dismiss the action with prejudice and close the case

IT IS SO ORDERED.

DATED this 8th day of May, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE